# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**PHILLIP ROSE,**

    **Plaintiff,**

  v.                                                               **Case No.: 2:16-cv-380**
                                                                  **JUDGE GEORGE C. SMITH**
**LIBERTY LIFE ASSURANCE**                     **Magistrate Judge Jolson**
**COMPANY OF BOSTON,**

    **Defendant.**

## ORDER

      This matter is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on April 28, 2016 (Doc. 3).  The Magistrate Judge recommended that Plaintiff's Motion for Leave to Proceed *in forma pauperis* be denied.  The time for filing objections has passed, and no objections have been filed to the Report and Recommendation.  Further, Plaintiff paid the filing fee on May 17, 2016.  Therefore, the Court **ADOPTS and AFFIRMS** the Report and Recommendation.  Plaintiffs' Motion for Leave to Proceed *in forma pauperis* is now **MOOT**.

      The Clerk shall remove Documents 2 and 3 from the Court's pending motions list.

      **IT IS SO ORDERED.**

                                                                          */s/ George C. Smith*
                                                                     **GEORGE C. SMITH, JUDGE**
                                                                     **UNITED STATES DISTRICT COURT**